FILED
2009 Jun-08 AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDY BARRICK and GAVIN BENET,  Plaintiffs, vs. F & F FOOD SERVICE, INC., d/b/a as KENTUCKY FRIED CHICKEN, Defendant. | CASE NO: 08-cv-1652-RRA-E |

### Memorandum Opinion

The case comes before the court on the defendant's motion to compel arbitration. (Doc. 10.) On May 13, 2009, the magistrate recommended that the motion be denied. The defendant has filed objections to the recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this the 8th day of June, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE